DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNNY S. DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2514

[February 8, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Cymonie S. Rowe, Judge; L.T. Case No. 502016CF012697.

Johnny S. Davis, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***